UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**KENDALL JAMAL SUMMERS**                                      **CIVIL ACTION**

**VERSUS**                                                                      **NO. 13-4573**

**STATE OF LOUISIANA, ET AL**                            **SECTION "I"(3)**

### O R D E R

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the objection by plaintiff, Kendall Jamal Summers, which is hereby **OVERRULED**, approves the Magistrate Judge's Findings and Recommendation and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that plaintiff's federal civil rights claims are **DISMISSED WITH PREJUDICE** as malicious, frivolous, and/or for failure to state a claim on which relief may be granted.

**IT IS FURTHER ORDERED** that plaintiff's federal *habeas corpus* claims are **DISMISSED WITHOUT PREJUDICE** due to plaintiff's failure to exhaust his remedies in the state courts.

New Orleans, Louisiana, this 22nd day of July, 2013.

_____
LANCE M. AFRICK
UNITED STATES DISTRICT JUDGE